UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
                                                        :
In re BERNARD L. MADOFF                                 :
INVESTMENT SECURITIES LLC                               :
                                                        :
-------------------------------------------------------:
                                                        :          18-CV-9916 (VSB)
BERNARD L. MADOFF INVESTMENT                            :          19-CV-812 (VSB)
SECURITIES LLC,                                         :
                                   Debtor.              :          **<u>ORDER</u>**
                                                        :
-------------------------------------------------------X
                                                        :
IRVING H. PICARD                                        :
*Trustee for the Liquidation of Bernard L.*             :
*Madoff Investment Securities LLC*,                     :
                                                        :
                                   Plaintiff-           :
                                   Appellee,            :
                                                        :
               - against -                              :
                                                        :
BAM L.P., et al.,                                       :
                                                        :
                                   Defendants-          :
                                   Appellants.          :
                                                        :
------------------------------------------------------- X


<u>VERNON S. BRODERICK, United States District Judge</u>:

  On February 26, 2020, I issued an order denying Defendants' motion to withdraw the

bankruptcy reference, (Doc.1), in this case and denying Defendants' motion for leave to appeal

(*In Re: Bernard L. Madoff Investment Securities LLC*, 19-cv-812), (Doc. 28.)  I ordered the Clerk

of Court to terminate the open motion at Document 1 of 18-cv-9916, and close the appeal at *In*

*Re: Bernard L. Madoff Investment Securities LLC*, 19- cv-812, Doc. 1, but did not order the

Clerk of Court to terminate this case.  It is hereby:

ORDERED that the Clerk of Court terminate this case.

SO ORDERED.

Dated: February 9, 2022
       New York, New York

Vernon S. Broderick
United States District Judge